

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2023

No. 04-22-00879-CV

**IN THE INTEREST OF A.G.B., G.A.B., AND J.M.B**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01692
Honorable Aaron Haas, Judge Presiding

## O R D E R

The reporter's record was due on January 6, 2023, but was not filed. On January 6, 2023, the court reporter filed a notification of late record, requesting until Monday, January 16, 2023, to file the reporter's record. After consideration, we GRANT the court reporter's requested extension and ORDER the court reporter to file the reporter's record in this court on or before Tuesday, January 17, 2023. The court reporter is reminded that this is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this court within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

Entered this 9th day of January 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court

